UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:10CV95-J

KIMBERLY BROWNFIELD                                                PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                   DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff Kimberly Brownfield seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision be affirmed and the plaintiff's claim dismissed.

The plaintiff has timely filed objections to the Magistrate Judge's Report arguing: 1) the ALJ erred in determining the claimant's date last insured, and the Magistrate Judge was wrong to find this error harmless; 2) the disabling opinions of Dr. Mudd should have been given controlling weight; and 3) the ALJ erred in failing to find claimant's insulin-dependent diabetes as severe impairment.

Thorough review of the record in light of claimant's arguments reveals that the ALJ's conclusions are supported by substantial evidence of record. Specifically with regard to the date last insured, the Magistrate Judge aptly notes that the testimony elicited from Dr. Paul at the hearing indicated that the same mental limitations would apply both on or before December 31, 2003 and through the date of the hearing. The plaintiff has for the first time raised additional physical limitations due to her back, neck and shoulders as the result of an automobile accident on September 11, 2006. The plaintiff has failed to show that these additional impairments would prevent her from the work identified by the vocational expert. Additionally, claimant has continued to work part time

during the period of March 2006 until the hearing in December of 2009, a fact which tends to undermine her arguments that these physical limitations prevent her from performing the unskilled light jobs identified by the VE. In sum, this Court has conducted a de novo review of the Magistrate Judge's Report in light of the objections thereto and the record as a whole. The Magistrate Judge's Report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, for the reasons stated herein, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.